IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BONNIE GEORGE, ED MCKINZIE, TIM WORSTEL, CEDAR DERAPS, CASEY WASSER AND TAMMY VOLKART, <br><br> vs. <br><br> POWERCET CORPORATION, GAS TECHNOLOGY INSTITUTE (GTI), OMEGA FLEX, INC., WARD MANUFACTURING, LLC, AND TITEFLEX CORPORATION, | Case No.: 2:16-CV-04056-MDH |

## WARD MANUFACTURING, LLC  RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, the undersigned counsel for Ward Manufacturing, LLC ("Ward"), states that Ward is a wholly owned subsidiary of Hitachi Metals America, Inc., a United States Company, which, in turn, is owned one hundred percent by Hitachi Metals, Ltd. of Japan.

Respectfully submitted,

**FOLAND, WICKENS, EISFELDER,
ROPER & HOFER, P.C.**

*/s/ Jacqueline M. Sexton*
Paul L. Wickens             MO #23549
Jacqueline M. Sexton        MO #53262
1200 Main Street, Ste. 2200
Kansas City, MO 64105
(816) 472-7474; (816) 472-6262 (Fax)
E-Mail: pwickens@fwpclaw.com
          jsexton@fwpclaw.com

and

Thomas Sullivan (to apply *pro hac vice*)
Ezra D. Church (to apply *pro hac vice*)
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000; (215) 963-5001 (Fax)
E-Mail:  thomas.sullivan@morganlewis.com
           ezra.church@morganlewis.com

*Attorneys for Defendant*
*Ward Manufacturing, LLC*

2

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 17th day of March 2016, a copy of the foregoing was electronically filed with the CM/ECF system of the United States District Court for the Western District of Missouri which sends notice to the following counsel of record via e-mail:

David Steelman
Stephen F. Gaunt
Steelman, Gaunt & Horsefield
901 N. Pine Street, Ste. 110
PO Box 1257
Rolla, MO 65402
(573) 341-8336; (573) 341-8548 (Fax)
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

Scott A. Kamber (not admitted)
Kamberlaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
(646) 964-9600; (212) 202-6364 (Fax)
skamber@kamberlaw.com

*Attorneys for Plaintiffs*

            */s/ Jacqueline M. Sexton*
            *Attorney for Defendant Ward*
            *Manufacturing, LLC*